ERIC L. WESENBERG (State Bar No. 139696)
CRAIG R. KAUFMAN (State Bar No. 159458)
KAI TSENG (State Bar No. 193756)
ROWENA YOUNG (State Bar No. 196317)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendants and Counterclaim Plaintiffs
NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORPORATION, USA

*E-filed 8/19/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>        Plaintiff,<br><br>   v.<br><br>NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORPORATION,<br>USA,<br><br>        Defendants.<br><br>NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORPORATION,<br>USA,<br><br>        Counterclaim Plaintiffs,<br><br>   v.<br><br>RENESAS TECHNOLOGY CORP.<br><br>        Counterclaim Defendant. | Case No.  C03-05709 JF (HRL)<br><br>**[PROPOSED] ORDER GRANTING<br>DEFENDANTS' MISCELLANEOUS<br>ADMINISTRATIVE REQUEST TO<br>FILE DOCUMENTS UNDER SEAL** |

ORRICK,
HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
MENLO PARK

[PROPOSED] ORDER GRANTING DEFENDANTS' MISC.
ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER
SEAL -- CASE NO. C03-05709 JF (HRL)

Case 5:03-cv-05709-JF   Document 159   Filed 08/19/05   Page 2 of 2

1   The Court, having considered Defendants' Miscellaneous Administrative Request
2   to File Documents Under Seal Pursuant to Civil L.R. 79-5, good cause appearing, hereby orders
3   as follows:

4   **IT IS HEREBY ORDERED** that Defendants' Miscellaneous Administrative
5   Request is **GRANTED**.

6   The Clerk of the Court shall file under seal the following:

7   1.   Exhibits Z and AA of the Supplemental Declaration of Rowena Young In
8   Support of Defendants' Motion to Strike Renesas' Second Amended Patent Local Rule 3-1
9   Preliminary Infringement Contentions, and

10   2.   The Supplemental Declaration of Chuan-Jen Chang In Support of
11   Defendants' Motion to Strike Renesas' Second Amended Patent Local Rule 3-1 Preliminary
12   Infringement Contentions and Exhibits thereto.

14   **IT IS SO ORDERED.**

16   Dated:   8/10   , 2005            /s/ Howard R. Lloyd
                                      Magistrate Judge Howard R. Lloyd

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
MENLO PARK

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS' MISC.
ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER
SEAL -- CASE NO. C03-05709 JF (HRL))