**E-Filed 10/4/05**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>Plaintiff,<br><br>v.<br><br>NANYA TECHNOLOGY, et al.,<br><br>Defendants.<br><hr>NANYA TECHNOLOGY, et al.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>RENESAS TECHNOLOGY CORP.,<br><br>Counterclaim Defendant. | Case Number C 03-05709 JF (HRL)<br><br>ORDER[1] SETTING BRIEFING SCHEDULE ON DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE LLOYD'S ORDER ON NANYA'S MOTION TO STRIKE RENESAS' PRODUCTION OF PATENT PROSECUTION HISTORIES<br><br>[Docket No. 166] |

On September 6, 2005, Defendants / Counterclaim Plaintiffs filed an objection to Magistrate Judge Lloyd's August 26, 2005 "Order on Nanya's Motion to Strike Renesas'

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-05709 JF (HRL)
ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE LLOYD'S ORDER ON NANYA'S MOTION TO STRIKE RENESAS' PRODUCTION OF PATENT PROSECUTION HISTORIES
(JFLC1)

Production of Patent Prosecution Histories for Failure to Comply with Patent Local Rule 3-2." Because of a clerical error, the Court's disposition of this objection has been delayed. Based upon Defendants' / Counterclaim Plaintiffs' arguments, the Court is inclined to sustain the objection. Accordingly, Plaintiff / Counterclaim Defendant may file a response to the objection within seven (7) days of service of this order. No reply shall be filed unless requested by the Court.

    IT IS SO ORDERED.

DATED: October 4, 2005

                                  /s/ electronic signature authorized
                                  JEREMY FOGEL
                                  United States District Judge

This Order has been served upon the following persons:

| | |
|---|---|
| R. Tulloss Delk | tullossdelk@quinnemanuel.com, alicemckinley@quinnemanuel.com |
| Stephen M. Geissler | sgeissler@jenner.com, jsalla@jenner.com |
| Donald R. Harris | dharris@jenner.com |
| Reginald J. Hill | rhill@jenner.com |
| Victoria F. Maroulis | vfm@quinnemanuel.com, sophiapope@quinnemanuel.com |
| Joseph Albert Saltiel | jsaltiel@jenner.com |
| Samuel B. Shepherd | sbs@quinnemanuel.com, patriciareilly@quinnemanuel.com |
| Terrence Joseph Truax | ttruax@jenner.com |
| Kaiwen Tseng | ktseng@orrick.com, hlee@orrick.com |
| Ronald L. Wanke | rwanke@jenner.com |
| Eric L. Wesenberg | ewesenberg@orrick.com, afreddie@orrick.com |
| Rowena Y. Young | ryoung@orrick.com, aako-nai@orrick.com; jeanchung@orrick.com; spak@orrick.com; sschultz@orrick.com |

Sam Citron O'Rourke
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

3

Case No. C 03-05709 JF (HRL)
ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE LLOYD'S
ORDER ON NANYA'S MOTION TO STRIKE RENESAS' PRODUCTION OF PATENT PROSECUTION
HISTORIES
(JFLC1)