\*\*E-Filed 10/12/05\*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., <br><br>    Plaintiff, <br><br> v. <br><br> NANYA TECHNOLOGY, et al., <br><br>    Defendants. <br><br>———————————————— <br><br> NANYA TECHNOLOGY, et al., <br><br>    Counterclaim Plaintiffs, <br><br> v. <br><br> RENESAS TECHNOLOGY CORP., <br><br>    Counterclaim Defendant. | Case Number C 03-05709 JF (HRL) <br><br> ORDER[1] OVERRULING DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE LLOYD'S ORDER ON NANYA'S MOTION TO STRIKE RENESAS' PRODUCTION OF PATENT PROSECUTION HISTORIES <br><br> [Docket No. 166] |

On September 6, 2005, Defendants / Counterclaim Plaintiffs Nanya Technology Corp. and Nanya Technology Corporation, USA (collectively, "Nanya") filed an objection to

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 03-05709 JF (HRL)
ORDER OVERRULING DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE LLOYD'S ORDER ON NANYA'S MOTION TO STRIKE RENESAS' PRODUCTION OF PATENT PROSECUTION HISTORIES
(JFLC1)

1   Magistrate Judge Lloyd's August 26, 2005 "Order on Nanya's Motion to Strike Renesas'
2   Production of Patent Prosecution Histories for Failure to Comply with Patent Local Rule 3-2."
3   Plaintiff / Counterclaim Defendant Renesas Technology Corp. ("Renesas") filed an opposition to
4   the objection on October 11, 2005.
5          Nanya objects to what it considers to be the incomplete production of file histories of five
6   patents related to the seven patents in suit.  Renesas offers evidence that it has produced in
7   discovery all relevant documents in its possession, custody, and control, and that it cannot obtain
8   the missing documents because the documents have been lost by the United States Patent and
9   Trademark Office.  Having considered the parties' submissions, the Court is satisfied that in the
10  context of discovery, there is nothing further Renesas can do to comply with its obligations.
11  Accordingly, Magistrate Judge Lloyd's order is not clearly erroneous.  However, although it
12  agrees with Magistrate Judge Lloyd that Renesas has complied with its discovery obligations
13  and that therefore it would be inappropriate to strike Renesas' responses in their entirety, the
14  Court notes that the incompleteness of the five file histories in question may support specific
15  evidentiary objections or motions for issue preclusion in future stages of the instant proceeding.
16  Accordingly, the objection to Magistrate Judge Lloyd's order will be overruled without prejudice
17  to such objections or motions.
18         IT IS SO ORDERED.

21  DATED: October 12, 2005

23                                        /s/ electronic signature authorized
                                          JEREMY FOGEL
24                                        United States District Judge

2

Case No. C 03-05709 JF (HRL)
ORDER OVERRULING DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE LLOYD'S ORDER ON
NANYA'S MOTION TO STRIKE RENESAS' PRODUCTION OF PATENT PROSECUTION HISTORIES
(JFLC1)

This Order has been served upon the following persons:

| | |
|---|---|
| R. Tulloss Delk | tullossdelk@quinnemanuel.com, alicemckinley@quinnemanuel.com |
| Stephen M. Geissler | sgeissler@jenner.com, jsalla@jenner.com |
| Donald R. Harris | dharris@jenner.com |
| Reginald J. Hill | rhill@jenner.com |
| Victoria F. Maroulis | vfm@quinnemanuel.com, sophiapope@quinnemanuel.com |
| Joseph Albert Saltiel | jsaltiel@jenner.com |
| Samuel B. Shepherd | sbs@quinnemanuel.com, patriciareilly@quinnemanuel.com |
| Terrence Joseph Truax | ttruax@jenner.com |
| Kaiwen Tseng | ktseng@orrick.com, hlee@orrick.com |
| Ronald L. Wanke | rwanke@jenner.com |
| Eric L. Wesenberg | ewesenberg@orrick.com, afreddie@orrick.com |
| Rowena Y. Young | ryoung@orrick.com, aako-nai@orrick.com; jeanchung@orrick.com; spak@orrick.com; sschultz@orrick.com |

Sam Citron O'Rourke
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

3

Case No. C 03-05709 JF (HRL)
ORDER OVERRULING DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE LLOYD'S ORDER ON NANYA'S MOTION TO STRIKE RENESAS' PRODUCTION OF PATENT PROSECUTION HISTORIES (JFLC1)