```
 1  WILLIAM L. ANTHONY, JR. ( State Bar No. 71910)              *E-filed 11/15/05*
    CRAIG R. KAUFMAN (State Bar No. 159458)
 2  KAI TSENG (State Bar No. 193756)
    ROWENA YOUNG (State Bar No. 196317)
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 4  Menlo Park, CA  94025
    Telephone:    650-614-7400
 5  Facsimile:    650-614-7401

 6  Attorneys for Defendants and Counterclaim Plaintiffs
    NANYA TECHNOLOGY CORP. and
 7  NANYA TECHNOLOGY CORPORATION, USA
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., | Case No.  C03-05709 JF (HRL) |
| Plaintiff, | **AMENDED ORDER TO TAKE DEPOSITIONS AT UNITED STATES CONSULATE IN OSAKA, JAPAN** |
| v. | |
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORPORATION, USA, | |
| Defendants. | |
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORPORATION, USA, | |
| Counterclaim Plaintiffs, | |
| v. | |
| RENESAS TECHNOLOGY CORP. | |
| Counterclaim Defendant. | |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
MENLO PARK

DOCSSV1:434191.2

ORDER TO TAKE DEPOSITIONS AT U.S. CONSULATE IN
OSAKA, JAPAN
CASE NO:  C03-05709 JF (HRL)

1  To Any Consul or Vice Consul of the United States of America at Osaka-Kobe, Japan:

2  Upon the application of Defendants, Nanya Technology Corp and Nanya Technology

3  Corporation, U.S.A. ("Nanya"), and pursuant to Article 17 of the United States–Japan Consular

4  Convention, it is ordered that the depositions of the following witnesses be taken at the United

5  States Consulate in Osaka, Japan:

```
Katsuhiro Shimohigashi
Semiconductor Technology Academic Research Center (STARC)
17-2, Shin Yokohama 3-chome,
Kohoku-ku, Yokohama, 222-0033 Japan

Hiroo Masuda
Semiconductor Technology Academic Research Center (STARC)
17-2, Shin Yokohama 3-chome,
Kohoku-ku, Yokohama, 222-0033 Japan
```

11  commencing on or about December 19, 2005 and terminating on or about December 20, 2005.

12  Counsel for Defendants who will participate in said depositions are Craig R. Kaufman and

13  Davin M. Stockwell of Orrick, Herrington & Sutcliffe, LLP; and counsel for Plaintiffs who will

14  participate in said depositions are Stephen M. Geissler, Terrence J. Truax and/or Reginald J. Hill

15  of Jenner & Block LLP. The proceedings will be reported by Linda J. Pugliese, Computer

16  Reporting Service, Inc.

17  **IT IS SO ORDERED.**

19  Dated: Nov 14, 2005

Magistrate Judge Howard R. Lloyd

21  Seal of the United States District Court for the Northern District of California:

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
MENLO PARK

DOCSSV1:434191.2      - 1 -

ORDER TO TAKE DEPOSITIONS AT U.S. CONSULATE IN OSAKA, JAPAN
CASE NO: C03-05709 JF (HRL)