WILLIAM L. ANTHONY, JR. ( State Bar No 71910)
CRAIG R. KAUFMAN (State Bar No. 159458)
KAI TSENG (State Bar No. 193756)
ROWENA YOUNG (State Bar No. 196317)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

**E-filed 12/21/05**

Attorneys for Defendants and Counterclaim Plaintiffs
NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORPORATION, USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORPORATION,<br>USA,<br><br>　　　　　Defendants.<br><br>NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORPORATION,<br>USA,<br><br>　　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>RENESAS TECHNOLOGY CORP.<br><br>　　　　　Counterclaim Defendant. | Case No.  C03-05709 JF (HRL)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PATENT LOCAL RULE 4-3 JOINT CLAIM CONSTRUCTION STATEMENT** |

ORRICK,
HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

DOCSSV1:440289.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
FILE JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. C03-05709 JF (HRL)

WHEREAS, the Court, during the August 26, 2005 Case Management Conference, adopted the parties' proposed claim construction case management dates, setting the date for the parties to file a Joint Claim Construction and Prehearing Statement, pursuant to Patent L.R. 4-3, on December 16, 2005;

WHEREAS, during the Case Management Conference, the Court limited the number of disputed claim terms it would construe to 10-12 terms and directed the parties to meet and confer to identify those disputed terms in the context of the claim construction process;

WHEREAS, counsel for the parties continue to meet and confer to: (1) identify the 10-12 disputed terms for the Court to construe; and (2) identify terms and phrases for which the parties can provide the Court with an agreed upon construction pursuant to Patent L.R. 4-3(a);

WHEREAS, the parties jointly request permission to extend the time to file the Joint Claim Construction and Prehearing Statement to December 28, 2005 in order to allow the parties to finalize the list of disputed terms and agreed upon terms;

WHEREAS, extending the time for the parties to file the Joint Claim Construction and Prehearing Statement as requested will not effect the schedule for this case, including all other dates related to the claim construction proceedings.

The parties, by and through their undersigned counsel, and subject to the approval of the Court, STIPULATE AS FOLLOWS:

The parties agree to extend the time to file their Joint Claim Construction and Prehearing Statement to December 28, 2005.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

DOCSSV1:440289.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. C03-05709 JF (HRL)

| | | |
|---|---|---|
| 1 | Dated: December 16, 2005 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | JENNER & BLOCK LLP |

By: _____/S/_____
Joseph A. Saltiel
Attorneys for Plaintiff Renesas Technology Corp.

Dated: December 16, 2005        ORRICK HERRINGTON & SUTCLIFFE LLP

By: _____/S/_____
Rowena Young
Attorneys for Defendants Nanya Technology Corp. and Nanya Technology Corp. USA

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

## ORDER

IT IS SO ORDERED.

Dated: December 21, 2005        /s/electronic signature authorized
                                Hon. Jeremy Fogel
                                United States District Judge

ORRICK,
HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

DOCSSV1:440289.1

- 2 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. C03-05709 JF (HRL)