**E-filed 3/31/06**

1  See Counsel List on Next Page

2

3              **IN THE UNITED STATES DISTRICT COURT**

4              **NORTHERN DISTRICT OF CALIFORNIA**

5                       **SAN JOSE DIVISION**

6

| | |
|---|---|
| 7  RENESAS TECHNOLOGY CORP., | **CASE NO. C 03-5709 JF (HRL)** |
| 8        Plaintiff, | |
| 9     vs. | **JOIINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
| 10 NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORPORATION, USA, | |
| 11 | |
| 12       Defendants. | |
| 13 NANYA TECHNOLOGY CORP., and NANYA TECHNOLOGY CORPORATION, USA, | |
| 14 | |
| 15       Counterclaim Plaintiffs, | |
| 16    vs. | |
| 17 RENESAS TECHNOLOGY CORP., | |
| 18       Counterclaim Defendant. | |

19
20
21
22
23
24
25
26
27
28

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Victoria F. Maroulis (Bar No. 202603) (victoriamaroulis@quinnemanuel.com)
   R. Tulloss Delk (Bar No. 229442) (tullossdelk@quinnemanuel.com)
555 Twin Dolphin Drive, Suite 560
Redwood City, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100


JENNER & BLOCK LLP
   Donald R. Harris (Admitted *Pro Hac Vice*) (dharris@jenner.com)
   Terrence J. Truax (Admitted *Pro Hac Vice*) (ttruax@jenner.com)
   Reginald J. Hill (Admitted *Pro Hac Vice*) (rhill@jenner.com)
   Stephen M. Geissler (Admitted *Pro Hac Vice*) (sgeissler@jenner.com)
   Joseph A. Saltiel (Admitted *Pro Hac Vice*) (jsaltiel@jenner.com)
   One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Plaintiff and Counterclaim Defendant
Renesas Technology Corp.

ORRICK HERRINGTON & SUTCLIFFE LLP
   William L. Anthony, Jr. (State Bar No. 71910) (wanthony@orrick.com)
   Craig R. Kaufman (State Bar No. 159458) (ckaufman@orrick.com)
   Kai Tseng (State Bar No. 193756) (ktseng@orrick.com)
   Rowena Young (State Bar No. 196317)(ryoung@orrick.com)
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendants and Counterclaim Plaintiffs
Nanya Technology Corp. and
Nanya Technology Corporation, USA

The parties through their respective counsel hereby stipulate as follows:

1. This Court held a case management conference on March 10, 2006 to discuss supplemental claim construction briefing in the present case. As a result of the hearing, the Court entered an order vacating the original dates for the Markman hearing and tutorial and setting new dates. The Court also entered a schedule for supplemental claim construction briefing. Dates for the supplemental briefing schedule were not discussed at the case management conference.

2. According to the schedule entered by the Court on March 16, 2006, opening briefs are due March 31, 2006, oppositions are due by April 14, 2006, and replies are due by April 21, 2006. The Court scheduled the tutorial and subsequent Markman hearing for May 17 and 18, 2006.

3. Immediately after the case management conference, attorneys for Plaintiff Renesas Technology Corp. ("Renesas") and Defendant Nanya Technology Corp. and Nanya Technology Corp. USA (collectively "Nanya") met and conferred to discuss a schedule for the supplemental claim construction briefing requested by the Court during the case management conference. The parties agreed that Renesas' supplemental opening brief would be due by April 7, 2006, Nanya's supplemental brief would be due by April 21, 2006, and that Renesas' reply would be due by April 28, 2006.

4. After receiving the Court's March 16, 2006 Minute Order, the parties again conferred regarding the schedule for supplemental claim construction briefing and, after considering the time needed to finalize a Supplemental Joint Claim Construction Statement and then complete briefing, the parties believe that, if acceptable to the Court, the schedule to which the parties originally agreed -- April 7 for Supplemental Opening Brief; April 21 for Supplemental Response Brief; and April 28 for Supplemental Reply Brief -- would be preferable and still allow nearly three weeks prior to the claim construction hearing scheduled for May 17 and 18, 2006.

1        5.    Accordingly Renesas and Nanya respectfully request the entry by the Court

2  of the attached Proposed Order revising the schedule for supplemental claim construction

3  briefing.  The dates for the tutorial and Markman hearing remain unchanged.

Dated:  March 29, 2005        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                            JENNER & BLOCK LLP

By:   /s/
       Terrence J. Truax
       Attorney for Plaintiff Renesas Technology Corp.

Dated:  March 29, 2005        ORRICK HERRINGTON & SUTCLIFFE LLP

By:   /s/ Craig Kaufman
       Craig Kaufman
       Attorney for Defendants Nanya Technology
       Corp. and Nanya Technology Corp. USA

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

- 2 -        JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
C 03-5709 JF (HRL)

1  **[PROPOSED] ORDER**

2  The Court, having considered the prior agreement by the parties regarding the

3  supplemental claim construction briefing schedule, hereby vacates the briefing schedule set forth

4  in its March 16, 2006 Minute Order and sets the following schedule for the supplemental claim

5  construction briefing:

6  Renesas' supplemental opening brief shall be due by April 7, 2006;

7  Nanya's supplemental response brief shall be due by April 21, 2006; and

8  Renesas' supplemental reply brief shall be due by April 28, 2006.

9  All other dates in the March 16, 2006 Minute Order remain unchanged.

11  Dated: ___3/31/06_____         _____

12  Honorable Jeremy F. Fogel

13  United States District Judge