WILLIAM L. ANTHONY, JR. (State Bar No 71910)
CRAIG R. KAUFMAN (State Bar No. 159458)
KAI TSENG (State Bar No. 193756)
ROWENA YOUNG (State Bar No. 196317)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

Attorneys for Defendants and Counterclaim Plaintiffs
NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORPORATION, USA

**5/9/06

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., <br><br>                    Plaintiff, <br><br>      v. <br><br> NANYA TECHNOLOGY CORP. and <br> NANYA TECHNOLOGY CORPORATION, USA, <br><br>                    Defendants. | Case No.  C03 05709 JF (HRL) <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 |
| NANYA TECHNOLOGY CORP. and <br> NANYA TECHNOLOGY CORPORATION, USA, <br><br>                    Counterclaim Plaintiffs, <br><br>      v. <br><br> RENESAS TECHNOLOGY CORP. <br><br>                    Counterclaim Defendant. | |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

US_WEST:260013997.2

[PROPOSED] ORDER GRANTING DEFENDANTS' MISC. ADMIN.
REQUEST TO FILE UNDER SEAL
CASE NO. C03-05709 JF (HRL)

The Court, having considered Defendants Nanya Technology Corp. and Nanya Technology Corporation, USA's (collectively "Nanya") Miscellaneous Administrative Request to File Documents Under Seal Pursuant to Civil L.R. 79-5, good cause appearing, hereby orders as follows:

**IT IS HEREBY ORDERED** that Defendants' Miscellaneous Administrative Request is **GRANTED**.

The Clerk of the Court shall file under seal the following:

1. Defendants' Notice of Motion and Motion to Enlarge Time
2. The Declaration of Vicky Tseng in Support of Defendants' Motion to Enlarge Time
3. The Declaration of Rowena Young in Support of Defendants' Motion to Enlarge Time.

**IT IS SO ORDERED.**

Dated: 5/9 _____, 2006

_____
The Honorable Jeremy Fogel

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

US_WEST:260013997.2    - 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS' MISC. ADMIN. REQUEST TO FILE UNDER SEAL
CASE NO. C03-05709 JF (HRL)