| | |
|---|---|
| WILLIAM L. ANTHONY, JR. (State Bar No 71910)<br>CRAIG R. KAUFMAN (State Bar No. 159458)<br>KAI TSENG (State Bar No. 193756)<br>ROWENA YOUNG (State Bar No. 196317)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650-614-7400<br>Facsimile: 650-614-7401 | **E-FILED 5/11/06** |

Attorneys for Defendants and Counterclaim Plaintiffs
NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORPORATION, USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>        Plaintiff,<br><br>        v.<br><br>NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORPORATION, USA,<br><br>        Defendants.<br><br>NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORPORATION, USA,<br><br>        Counterclaim Plaintiffs,<br><br>        v.<br><br>RENESAS TECHNOLOGY CORP.<br><br>        Counterclaim Defendant. | Case No. C03 05709 JF (HRL)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME** |

US_WEST:260013466.1

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

ORDER GRANTING DEFENDANTS' MOTION TO
ENLARGE TIME
CASE NO. C03-05709 JF (HRL)

1  Having considered Defendants Nanya Technology Corp. and Nanya Technology
2  Corporation, USA's (collectively "Nanya") Motion to Enlarge Time, the supporting papers, all
3  other relevant pleadings and papers filed in this action, and good cause appearing therefore,
4  IT IS HEREBY ORDERED that Nanya's Motion to Enlarge Time is **GRANTED**.
5  The Court hereby vacates the current *Markman* hearing dates and reschedules the
6  *Markman* hearing in this matter for June 14 and 15, 2006.
7  **IT IS SO ORDERED.**

Dated: 5/11/06

_____
The Honorable Jeremy Fogel

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

US_WEST:260013466.1 - 1 -

ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME
CASE NO. C03-05709 JF (HRL)